IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HOLLIE J. HARDMAN,**

    **Plaintiff,**

  vs.                                                             Civil Action 2:09-CV-472
                                                                  Judge Holschuh
                                                                  Magistrate Judge King

**DELAWARE COUNTY JAIL,** *et al.,*

    **Defendants.**


## ORDER

       After failing to appear at the preliminary pretrial conference scheduled for September 16, 2009, plaintiff was ordered to show cause by September 28, 2009, why the case should not be dismissed for failure to prosecute. *Order,* Doc. No. 13. Plaintiff has made no response. It appears that plaintiff has abandoned the prosecution of this case.

       This action is hereby **DISMISSED** for failure to prosecute.


Date: September 29, 2009                      **/s/ John D. Holschuh**
                                                               John D. Holschuh, Judge
                                                               United States District Court